PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00174-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| NICKOLAS GRAHAM, | DATE: February 8, 2023 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 8, 2023.

2. By this stipulation, the government and defendants now move to continue the status conference until July 12, 2023, and to exclude time between February 8, 2023, and July 12, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.. Defense counsel has requested additional discovery that the government needs to look in to and additional time is

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  needed.

2        b)    A plea agreement has been tendered to defense counsel.

3        c)    Counsel for defendant was retained in August 2022 and is requesting additional
4  time to review the discovery, conduct investigation that is deemed necessary, and engage in plea
5  negotiations.

6        d)    Counsel for defendant believes that failure to grant the above-requested
7  continuance would deny him/her the reasonable time necessary for effective preparation, taking
8  into account the exercise of due diligence.

9        e)    The government agrees with the continuance request and does not object to the
10  continuance.

11        f)    Based on the above-stated findings, the ends of justice served by continuing the
12  case as requested outweigh the interest of the public and the defendant in a trial within the
13  original date prescribed by the Speedy Trial Act.

14        g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15  et seq., within which trial must commence, the time period of February 8, 2023 to July 12, 2023,
16  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
17  because it results from a continuance granted by the Court at defendant's request on the basis of
18  the Court's finding that the ends of justice served by taking such action outweigh the best interest
19  of the public and the defendant in a speedy trial.

20  4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
21  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
22  must commence.

23      IT IS SO STIPULATED.

24  Dated:  February 1, 2023          PHILLIP A. TALBERT
                                            United States Attorney
25
26                                        /s/ LAUREL J. MONTOYA
                                            LAUREL J. MONTOYA
                                            Assistant United States Attorney
27
28

STIPULATION REGARDING EXCLUDABLE TIME     2
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  February 1, 2023          /s/ KEVIN P. ROONEY
                                                     KEVIN P. ROONEY
                                                     Counsel for Defendant
                                                     NICKOLAS GRAHAM

## **ORDER**

IT IS SO ORDERED that the status conference is continued from February 8, 2023, to **July 12, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **February 1, 2023**                    /s/ *Barbara A. McAuliffe*
                                                                            UNITED STATES MAGISTRATE JUDGE