Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, NICKOLAS GRAHAM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICKOLAS GRAHAM<br><br>    Defendant. | Case No.: 1:19-cr-00174-ADA-BAM-1<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |

**STIPULATION**

Defendant, Nickolas Graham, by and through his Counsel of record, Kevin Rooney, and Plaintiff United States of America, by and though its Counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 11, 2023.
2. By this stipulation, the defendant and government now move to continue the status conference until December 13, 2023, and to exclude time between October 11, 2023 and December 13, 2023.
3. The parties agree and stipulate, and request that the Court find the following:
   a. A plea agreement has been tendered to defense counsel.
   b. Counsel for defendant was retained in August 2022 and is requesting additional time to review discovery, conduct investigation that is deemed necessary, and

1

engage in plea negotiations. The parties have been actively engaged in plea negotiations.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government agrees with the continuance request and does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act. 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 11, 2023 to December 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 4, 2023                         Respectfully submitted,

    /s Kevin Rooney
KEVIN P. ROONEY
Attorney for defendant
NICKOLAS GRAHAM

Dated:  October 4, 2023                        PHILLIP A. TALBERT,
UNITED STATES ATTORNEY

    /s Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the status conference is continued from October 11, 2023, to **December 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 5, 2023**                         /s/ Barbara A. McAuliffe
                                                                 UNITED STATES MAGISTRATE JUDGE