PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICKOLAS GRAHAM,<br><br>Defendant. | CASE NO. 1:19-CR-00174-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 22, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 22, 2024.

2. By this stipulation, the government and defendants now move to vacate the status conference. The government is in the process of notifying the victim of this request.

3. The matter is currently set for jury trial on October 29, 2024 and time has been excluded to and through that date.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and photographs. All of this discovery has been either produced

directly to counsel and/or made available for inspection and copying..

      b)      A plea agreement has been provided to defense counsel and negotiations are ongoing.

      c)      While negotiations are ongoing, the parties believe that matter will proceed to trial.  The parties will request a status conference date should the posture of the matter change..

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of to October 29, 2024,inclusive, was previously deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 15, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

**[The remainder of this page intentionally left blank.]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  May 15, 2024                               /s/ KEVIN P. ROONEY
                                                               KEVIN P. ROONEY
                                                               Counsel for Defendant
                                                               NICKOLAS GRAHAM

## **ORDER**

IT IS SO ORDERED that the status conference set for May 22, 2024, is vacated.  The status conference set for September 11, 2024 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe remains on calendar, and the parties are required to comply with Court's minute order (Doc. 71.)

IT IS SO ORDERED.

Dated:   **May 15, 2024**                         /s/ *Barbara A. McAuliffe*
                                                                                         UNITED STATES MAGISTRATE JUDGE