Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, NICKOLAS GRAHAM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-00174-NODJ-BAM-1 |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| vs. | |
| NICKOLAS GRAHAM | |
| Defendant. | |

**STIPULATION**

Defendant, Nickolas Graham, by and through his Counsel of record, Kevin Rooney, and Plaintiff United States of America, by and though its Counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 22, 2025.

2. By this stipulation, the defendant and government now move to continue the status conference until April 9, 2025.

3. Notwithstanding this request to continue the status conference, the parties expect to either resolve this case or proceed to trial as scheduled.

4. The continuance is sought because defense counsel has a scheduling conflict with a hearing that is anticipated to be in progress on January 22 and which requires counsel's presence approximately one hour's drive from this Court. In addition, counsel will not be

1

able to timely prepare the joint status report regarding anticipated motions ordered by the Court until additional information is available.

5. Time has already been excluded from the Speedy Trial Act through the scheduled date of trial.

IT IS SO STIPULATED.

Dated: January 13, 2025                    Respectfully submitted,

                                                     /s Kevin Rooney
                                                  KEVIN P. ROONEY
                                                  Attorney for defendant
                                                  NICKOLAS GRAHAM

Dated:  January 13, 2025                   PHILLIP A. TALBERT,
                                                  UNITED STATES ATTORNEY

                                                /s/ Laurel J. Montoya
                                                LAUREL J. MONTOYA
                                                Assistant United States Attorney

## **ORDER**

This case is set for a jury trial on May 13, 2025 and trial confirmation on April 7, 2025 before the District Judge.  Based on good cause, the Court continues the January 22, 2025 status conference to **March 12, 2025**, **at 1:00 p.m**. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.  The parties shall meet and confer and file a joint status report**, not later than March 10, 2025,** informing the Court of (1) whether the parties anticipate they will be ready to proceed to trial as scheduled; (2) what kind of motions and the number of motions each party anticipates will need to be resolved in advance of trial (e.g., in limine, motion to dismiss, suppression, other motions), (3) a proposed briefing schedule for resolution of the motions in advance of trial, and (4) any other information to aid the Court in keeping the trial date currently scheduled.  The Court

2

will not continue the March 12, 2025 status conference absent good cause, which will be narrowly construed.  The press of business is not good cause.

IT IS SO ORDERED.

Dated:   **January 13, 2025**            /s/ *Barbara A. McAuliffe*            
                                                   UNITED STATES MAGISTRATE JUDGE