Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, NICKOLAS GRAHAM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NICKOLAS GRAHAM <br><br> Defendant. | Case No.: 1:19-cr-00174-NODJ-BAM-1 <br><br> STIPULATION TO CONVERT JURY TRIAL CONIRMATION TO A CHANGE OF PLEA HEARING AND TO VACATE STATUS CONFERENCE; AND ORDER |

**STIPULATION**

Defendant, Nickolas Graham, by and through his Counsel of record, Kevin Rooney, and Plaintiff United States of America, by and though its Counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on March 12, 2025.

2. On February 28, 2025, a plea agreement was filed. The parties agree that the currently scheduled April 7, 2025 Jury Trial Confirmation before the district court should be converted to a change of plea hearing.

3. The parties request that the currently scheduled  status conference be vacated due to the resolution of this matter.

1

4.  Time has already been excluded from the Speedy Trial Act through the scheduled date of

trial.

IT IS SO STIPULATED.

Dated: February 28, 2025                    Respectfully submitted,

                                           /s Kevin Rooney
                                           KEVIN P. ROONEY
                                           Attorney for defendant
                                           NICKOLAS GRAHAM


Dated:  February 28, 2025                   PHILLIP A. TALBERT,
                                           UNITED STATES ATTORNEY

                                           /s/ Laurel J. Montoya
                                           LAUREL J. MONTOYA
                                           Assistant United States Attorney


## ORDER

IT IS SO ORDERED that the jury trial set for May 13, 2025, trial confirmation set for

April 7, 2025, and status conference set for March 12, 2025, are vacated. A change of plea

hearing is set for **April 7, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge.**

Time was previously excluded from the Speedy Trial Act through the scheduled date of trial.


IT IS SO ORDERED.

Dated:    **March 3, 2025**                 ____/s/ Barbara A. McAuliffe____
                                           UNITED STATES MAGISTRATE JUDGE

2