MICHELE BECKWITH
Acting United States Attorney
LAUREL J. MONTOYA
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00174-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| NICKOLAS GRAHAM, | |
| Defendant. | DATE: April 14, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on April 7, 2025.

2. On March 28, 2025, counsel received notification from court staff that the matter had been reset to April 14, 2025. The notification stated "Please file your stipulations as soon as possible."

3. In response, the parties file this stipulation. The parties agree to continue the change of plea hearing. The government is in the process of notifying the victim of this request.

4. The parties agree and stipulate, and request that the Court find that a plea agreement has been filed with the Court; for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 7, 2025 to April 14, 2025 is

excludable pursuant to 18 U.S.C.§ 3161(h)(1)(G), because it results from a continuance for the Court to review a proposed plea agreement.  *See United States v. Solorzano-Rivera*, 368 F.3d 1073, 1077 (9th Cir. 2004) (noting that court's "consideration" of a plea agreement includes change of plea hearing).

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 31, 2025                           MICHELE BECKWITH
                                                 Acting United States Attorney

                                                 /s/ MICHAEL G. TIERNEY
                                                 MICHAEL G. TIERNEY
                                                 Assistant United States Attorney


Dated:  March 31, 2025                           /s/ KEVIN P. ROONEY
                                                 KEVIN P. ROONEY
                                                 Counsel for Defendant
                                                 NICKOLAS GRAHAM

### ORDER

IT IS SO ORDERED that the change of plea hearing is continued from April 7, 2025, to **April 14, 2025, at 10:00 a.m. in Courtroom 5 before District Court Judge Dale A. Drozd**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(1)(G).

IT IS SO ORDERED.

Dated:   **April 3, 2025**                       /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2